IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSE H. CALDERON,

      Petitioner,

                              CASE NO. 2:07-cv-1280
  v.                         JUDGE HOLSCHUH
                              MAGISTRATE JUDGE KING

CARL ANDERSON, Warden,

      Respondent.

## OPINION AND ORDER

On February 11, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner argues that the evidence was constitutionally insufficient to sustain his convictions. Other portions of petitioner's objections are indecipherable.

Pursuant to 28 U.S.C. 636(b), this Court has conducted a *de novo* review of the Magistrate Judge's *Report and Recommendation*. For the reasons detailed therein, petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

Date: March 23, 2009                                              **/s/ John D. Holschuh**
                                                                            JOHN D. HOLSCHUH
                                                                            United States District Judge